02-10-424-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00424-CV 

 

 


 
 
 Ronald Palmer
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Nakaysone Julie Palmer
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE
367th District Court OF Denton
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

Appellant
filed a timely notice of appeal from the trial court=s November
12, 2010 “Order On Petition For Enforcement Of Spousal
Maintenance.”  The trial court
subsequently signed an “Order To Rescind” on November
22, 2010, while it still had plenary jurisdiction over the case.

On December
7, 2010, we informed the parties that it appeared the trial court=s rescinding
order rendered this appeal moot and that the appeal would be dismissed as moot
unless, on or before Friday, December 17, 2010, any party desiring to continue
the appeal filed a response showing grounds for continuing the appeal.  Neither party filed a response.

Accordingly,
on this court=s
own motion, we dismiss the appeal as moot. See Tex. R. App. P. 42.3(a), 43.2(f).

 

PER
CURIAM

 

PANEL:  DAUPHINOT, GARDNER,
and WALKER, JJ.

 

DELIVERED:  January 13, 2011











[1]See Tex. R. App. P. 47.4.